**CHADBOURNE & PARKE LLP**
Attorneys for Petitioner
30 Rockefeller Plaza
New York, New York  10112
(212) 408-5100
Howard Seife (HS 7995)
Thomas J. McCormack (TM 5739)
Francisco Vazquez (FV 1244)
Andrew Rosenblatt (AR 9904)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------  x
|  |  |
|---|---|
| In re: | : |
|  | : |
| Petition of Eduard K. Rebgun, as Interim Receiver | :  In a Case Under Chapter 15 |
| of YUKOS OIL COMPANY, | :  of the Bankruptcy Code |
|  | : |
|  | :  Case No. 06-B-10775 (RDD) |
| Debtor in a Foreign Proceeding. | : |

------------------------------------------------------------  x

## NOTICE OF PRESENTMENT OF
## ORDER CLOSING CHAPTER 15 CASE

        **PLEASE TAKE NOTICE** that upon the attached *Motion to Close Chapter 15*

*Case* (the "Motion") filed by Eduard K. Rebgun (the "Petitioner"), as Receiver of OAO Yukos

Oil Company, an order (the "Order") closing the above-captioned Chapter 15 case will be

presented for signature before the Honorable Robert D. Drain, United States Bankruptcy

Judge, at the United States Bankruptcy Court, Alexander Hamilton United States Custom

House, One Bowling Green, New York, New York 10004, on **November 26, 2007, at 12:00**

**p.m.**

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Order must be in writing, conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, and be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at [www.nysub.uscourts.gov.](http://www.nysub.uscourts.gov), the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Wordperfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and shall be served in accordance with General Order M-242 upon Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, New York 10112, Attention: Howard Seife, Esq., Attorneys for the Petitioner, as to be received by no later than **November 26, 2007 at 11:30 a.m. (New York Time)** (the "Objection Deadline")**.**

**PLEASE TAKE FURTHER NOTICE** that unless objections are received by

the Objection Deadline, the Motion may be granted and the Order may be signed.

Dated: New York, New York
       November 12, 2007

                                        **CHADBOURNE & PARKE LLP**


                                        By: */s/ Howard Seife*
                                            Howard Seife (HS 7995)
                                            Member of the Firm
                                            Attorneys for the Petitioner
                                            30 Rockefeller Plaza
                                            New York, New York 10112
                                            (212) 408-5100