UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re                                                            :

Petition of Eduard K. Rebgun, as Receiver of    : In a Case Under Chapter 15
YUKOS OIL COMPANY,                                of the Bankruptcy Code
                                                 :

Debtor in a Foreign Proceeding.                 : Case No. 06-B-10775-RDD
---------------------------------------------------------------- x

## ORDER CLOSING CHAPTER 15 CASE

Upon the motion of the Petitioner, Eduard K. Rebgun, as Receiver of OAO Yukos Oil Company, a Russian company which was declared bankrupt, for an order closing the above-captioned case pending under Chapter 15 of title 11 of the United States Code (the "Bankruptcy Code"), it is hereby

ORDERED, that the above-captioned Chapter 15 case is hereby closed, without prejudice to the right of the Petitioner to seek an order reopening the case under section 350 of the Bankruptcy Code.

Dated: New York, New York
       November __, 2007

                                             _____
                                             United States Bankruptcy Judge