**CHADBOURNE & PARKE LLP**
Attorneys for Petitioner
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5100
Howard Seife (HS 7995)
Thomas J. McCormack (TM 5739)
Francisco Vazquez (FV 1244)
Andrew Rosenblatt (AR 9904)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                        :    Chapter 15
                                              :
Petition of Eduard K. Rebgun, as              :    Case No. 06-B-10775 (RDD)
Receiver of YUKOS OIL COMPANY,                :
                                              :
Debtor in a Foreign Proceeding                :
------------------------------------------------------------ x

## NOTICE OF HEARING TO CONSIDER
## MOTION TO CLOSE CHAPTER 15 CASE

**PLEASE TAKE NOTICE** that on November 12, 2007, the Petitioner filed the Motion to Close the Chapter 15 Case (Docket No. 117) (the "Motion to Close").

**PLEASE TAKE FURTHER NOTICE** that by the Motion to Close, the Petitioner requested, pursuant to 11 U.S.C. §§ 350 and 1517, the entry of an order closing the above-captioned Chapter 15 case.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion to Close and any objections thereto has been scheduled before the Honorable Robert D. Drain,

United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton United States Custom House, One Bowling Green, New York, New York 10004, for December 21, 2007 at 10:00 a.m.

Dated: New York, New York
December 11, 2007

**CHADBOURNE & PARKE LLP**

By: */s/ Howard Seife*
Howard Seife (HS 7995)
Member of the Firm
Attorneys for the Petitioner
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5100